```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _10/31/2023_
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SHERON WALTERS,

                     Plaintiff,

-against-

CITY OF NEW YORK,

                     Defendant.

23 Civ. 7782 (AT)

**ORDER OF SERVICE**

ANALISA TORRES, United States District Judge:

      Plaintiff, who currently is detained at the George R. Vierno Center ("GRVC"), brings this action, *pro se*, under 42 U.S.C. § 1983, alleging that correctional staff at the Eric M. Taylor Center ("EMTC") violated his constitutional rights by failing to protect him from contracting Covid-19. By order dated October 18, 2023, the Court granted Plaintiff's request to proceed *in forma pauperis*, that is, without prepayment of fees.[1]

## DISCUSSION

**A.**    **Waiver of Service**

      The Clerk of Court is directed to notify the New York City Department of Correction and the New York City Law Department of this order. The Court requests that the City of New York waive service of summons.

**B.**    **New York Legal Assistance Group**

      Plaintiff may consult the legal clinic in this District that assists people who are parties in civil cases and do not have lawyers. The Clinic is run by a private organization called the New York Legal Assistance Group ("NYLAG"); it is not part of, or run by, the court (and, among

---

[1] Prisoners are not exempt from paying the full filing fee even when they have been granted permission to proceed *in forma pauperis*. *See* 28 U.S.C. § 1915(b)(1).

other things, therefore cannot accept filings on behalf of the court, which must still be made by any *pro se* party through the Pro Se Intake Unit).

To receive limited-scope assistance from the Clinic, Plaintiff may mail a signed retainer and intake form to the NYLAG Pro Se Clinic at 40 Foley Square, LL22, NY, NY 10007. Once the paperwork is received, the Clinic will coordinate contact with the litigant. Once the paperwork is received, it may take up to two weeks for the Clinic to contact the litigant. Copies of the Clinic's flyer, retainer, and intake form are attached to this order.

## CONCLUSION

The Clerk of Court is directed to file in this action the complaint filed in *Walters v. City of New York*, 21-CV-2880 (S.D.N.Y. Sept. 2, 2022), as a supplemental complaint.

The Court requests that the City of New York waive service of summons.

Copies of NYLAG's flyer, retainer, and intake form are attached to this order.

SO ORDERED.

Dated:  October 31, 2023
        New York, New York

_____
ANALISA TORRES
United States District Judge