UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SHERON WALTERS,

      Plaintiff,

        -against-

CITY OF NEW YORK.,

      Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/12/2024

23-CV-7782 (AT) (KHP)

**ORDER**

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE.**

On January 11, 2024, the parties appeared for an Initial Case Management Conference. After review of the pleadings and consultation with the parties, the following Scheduling Order is entered pursuant to Rule 16 of the Federal Rules of Civil Procedure:

**Amendment to pleadings.** The parties shall have until **March 1, 2024** to amend the pleadings and join parties. No further amendments or joinder of parties thereafter absent good cause.

**Discovery.** The deadline to complete discovery is **April 1, 2024**. Defendant shall promptly mail to Plaintiff any outstanding medical authorization forms for Plaintiff's signature, along with a pre-addressed and stamped return envelope so that Plaintiff can easily sign and return the forms. Defendant shall also promptly mail to Plaintiff all discovery collected in connection with the previously filed matter, 21-cv-2880. This includes all transcripts of depositions conducted in connection with that case.

**Status Letter.** Defendant shall file a status letter on **February 12, 2024**, providing an update on discovery in this case. Defendant shall communicate with Plaintiff in advance of filing the status letter to confirm that Plaintiff received Defendant's mailing of the previously

exchanged discovery materials.  Defendant shall also confirm with Plaintiff whether the address listed for Plaintiff on the docket remains accurate.  The status letter shall confirm that Defendant spoke with Plaintiff, and shall state whether Plaintiff received the discovery materials and whether Plaintiff's address has changed.  The letter shall also state what, if any, discovery remains to be taken.  Finally, the letter shall state whether the parties would like the Court to schedule a settlement conference.

**The Clerk of Court is requested to mail a copy of this order to Plaintiff at: Sheron Walters, NYSID: 02123382K, B&C: 9902300020, George R. Vierno Center, 09-09 Hazen Street, East Elmhurst, NY 11370.**

**SO ORDERED**.

Dated: January 12, 2024
       New York, New York

_____
KATHARINE H. PARKER
United States Magistrate Judge