USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/12/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SHERON WALTERS, | |
| Plaintiff, | 23-CV-7782 (AT) (KHP) |
| -against- | **ORDER SCHEDULING** |
| | **SETTLEMENT CONFERENCE** |
| CITY OF NEW YORK., | |
| Defendant. | |

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE.**

A settlement conference is scheduled for **Monday, April 1, 2024, at 10:00 a.m.** to occur by Microsoft Teams.

It is **ORDERED** that the Warden or other official in charge of the George R. Vierno Center ("GRVC") produce plaintiff **SHERON WALTERS, Booking #9902300020/NYSID #2123382K, on April 1, 2024, no later than 10:00 a.m.,** to a suitable location within the GRVC that is equipped with a computer, for the purpose of participating by Microsoft Teams in a conference with the Court and defendants' counsel. If the scheduled time and date presents a hardship, the Warden or the Warden's designee should promptly inform chambers by calling (212) 805-0234.

It is the Court's preference for the Court to generate a link for the Teams conference and send that link to GRVC and Corporation Counsel. However, the Court understands that there may be a new Department of Correction ("DOC") policy whereby any Microsoft Teams conference must be scheduled by DOC through the DOC website and whereby DOC generates the link for the settlement conference. Corporation Counsel is ORDERED to contact the Warden of GRVC no later than **February 16, 2024** to determine whether this new policy (as the Court understands it) applies at GRVC, or whether the Facility will accept a Teams link that is

generated by the Court. Corporation Counsel shall file a status letter on ECF stating what it learns from the Warden.

In the interim, the Warden or other official in charge of GRVC is ordered to set aside the above date and time for the Teams conference (unless that date and time presents a hardship).

The Court will attempt to locate pro bono counsel for Plaintiff for the limited purpose of representing Plaintiff during the settlement conference. If the Court is able to locate pro bono counsel for Plaintiff, counsel will separately reach out to Plaintiff at GRVC to confirm representation.

**The Clerk of Court is requested to mail a copy of this order to the plaintiff.**

**SO ORDERED**.

Dated: February 12, 2024
New York, New York

_Katharine H. Parker_
KATHARINE H. PARKER
United States Magistrate Judge