```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 04/01/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SHERON WALTERS,

                    Plaintiff,

-against-

CITY OF NEW YORK.,

                    Defendant.

23-CV-7782 (AT) (KHP)

**ORDER FOR STATUS LETTER**

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE.**

By **Wednesday, May 1, 2024,** the parties shall file a joint status letter advising the Court of the status of this case.

**The Clerk of Court is requested to mail a copy of this order to Plaintiff.**

**SO ORDERED**.

Dated: April 1, 2024
       New York, New York

_Katharine H. Parker_
_____
KATHARINE H. PARKER
United States Magistrate Judge