UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  6/16/2025
```

Sheron Walters,

                Plaintiff,

-against-

The City of New York,

                Defendant.

23 Civ. 7782 (AT) (KHP)

**ORDER ADOPTING REPORT AND RECOMMENDATION**

ANALISA TORRES, District Judge:

    Plaintiff *pro se*, Sheron Walters, brings this action against Defendant, the City of New York (the "City"), under 42 U.S.C. § 1983, alleging violations of his First, Eighth, and Fourteenth Amendment rights in connection with his contraction of COVID-19 while incarcerated at the Eric M. Taylor Center on Rikers Island. *See generally* Compl., ECF No. 9. The City moved for summary judgment, ECF No. 34, and the Court referred the motion to the Honorable Katharine H. Parker, ECF No. 40.

    After careful consideration, Judge Parker issued a report (the "R&R") recommending that the City's motion for summary judgment be granted and Plaintiff's claims be dismissed. R&R at 18, ECF No. 46. Despite notification of the right to object to the R&R, no objections were filed, and the time to do so has passed. *See id*. at 19; Fed. R. Civ. P. 6(d), 72(b)(2). When no objection is made, the Court reviews the R&R for clear error. *Santiago v. Colvin*, 12 Civ. 7052, 2014 WL 1092967, at *1 (S.D.N.Y. Mar. 17, 2014). The Court finds no clear error in Judge Parker's thorough and well-reasoned R&R.

    Accordingly, the Court ADOPTS Judge Parker's R&R in its entirety. The Clerk of Court is respectfully directed to enter judgment in favor of Defendant consistent with this order and the R&R, terminate the motion at ECF No. 34, and mail a copy of this order to Plaintiff *pro se*.

    SO ORDERED.

Dated: June 16, 2025
       New York, New York

                                              ANALISA TORRES
                                          United States District Judge