UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X
SHERON WALTERS,,

                              Plaintiff,                        23 **CIVIL** 7782 (AT)(KHP)

        -against-                                   **<u>JUDGMENT</u>**

THE CITY OF NEW YORK,

                              Defendant.
-----------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated June 16, 2025, the Court ADOPTS Judge Parker's R&R in its entirety. Judgment is entered in favor of Defendant consistent with this order and the R&R.

**Dated:** New York, New York

      June 16, 2025

                                                              **TAMMI M. HELLWIG**

                                                                  **Clerk of Court**

                              **BY:**

                                                                  **Deputy Clerk**