UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Sheron Walters,

                    Plaintiff,

          -against-

The City of New York,

                    Defendant.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  7/22/2025
```

23 Civ. 7782 (AT) (KHP)

**ORDER**

ANALISA TORRES, District Judge:

Plaintiff *pro se*, Sheron Walters, brings this action against Defendant, the City of New York (the "City"), under 42 U.S.C. § 1983, alleging violations of his First, Eighth, and Fourteenth Amendment rights in connection with his contraction of COVID-19 while incarcerated at the Eric M. Taylor Center on Rikers Island.  *See generally* Compl., ECF No. 9.

On May 14, 2025, pursuant to an order of reference, ECF No. 40, the Honorable Katharine H. Parker issued a report (the "R&R") recommending that the City's motion for summary judgment be granted and Plaintiff's claims be dismissed.  R&R at 18, ECF No. 46. The R&R stated that Plaintiff had "seventeen days . . . from service of th[e R&R] to file written objections."  *Id*. at 19; *see also* Fed. R. Civ. P. 6(d), 72(b)(2).  On May 15, the Clerk of Court mailed a copy of the R&R to Plaintiff.  5/15/2025 ECF Entry.

The Court received no objections to the R&R.  Accordingly, on June 16, the Court reviewed the R&R for clear error, found none, and adopted the R&R in its entirety.  ECF No. 48. The next day, however, the Pro Se Office filed Plaintiff's objections to the R&R, which are dated June 3, 2025.  ECF No. 50.

Accordingly, by **August 5, 2025**, the City shall respond to Plaintiff's objections.  The Clerk of Court is respectfully directed to mail a copy of this order to Plaintiff *pro se*.

          SO ORDERED.

Dated: July 22, 2025
          New York, New York

_____
          ANALISA TORRES
     United States District Judge