**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
Sheron Walters,

                  Plaintiff,                  23 **CIVIL** 7782 (AT)(KHP)

      -against-                        **JUDGMENT**

The City of New York,

                  Defendant.
------------------------------------------------------------------X


      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated May 26, 2026, the Court has ADOPTED Judge Parker's R&R in its entirety and has GRANTED Defendant's motion for summary judgment. Judgment is entered in favor of Defendant.

**Dated:** New York, New York

      May 27, 2026

                                **TAMMI M. HELLWIG**
                                _____
                                **Clerk of Court**

                                *K. Mango*
      **BY:**
                                  _____
                                  **Deputy Clerk**